**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

Alexandria Division

---
| | |
|---|---|
| VMC Satellite, Inc. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action 04-818 |
| ) | |
| ) | |
| DIRECT CABLE, INC. ) | |
| d/b/a DIRECT CABLE TV ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge. Based upon a <u>de novo</u> review of the evidence in this case, the Court adopts the Magistrate Judge's findings and recommendations, and it is hereby

ORDERED that judgment be entered in favor of Plaintiff and against Defendant in the amount of $1,091,250.00 in addition to attorneys' fees and costs in the amount of $3,076.06. Further Defendant is permanently enjoined from publishing, distributing, or marketing the content of the VMC web site, in whole or in part, and from engaging in any other infringing conduct.

/s/
_____
Alexandria, Virginia
April 20, 2005              CLAUDE M. HILTON
                            UNITED STATES DISTRICT JUDGE